## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 07 C 6361

RAMON ALVARADO, ET AL., PLAINTIFFS
V.
CORPORATE CLEANING SERVICE, INC. and NEAL ZUCKER, INDIVIDUALLY, DEFENDANTS

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
DEFENDANTS CORPORATE CLEANING SERVICE, INC. and NEAL ZUCKER

| |
|---|
| NAME (Type or print)<br>MARTIN K. LAPOINTE |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>   s/ MARTIN K. LAPOINTE |
| FIRM<br>BURKE, WARREN, MACKAY & SERRITELLA, P.C. |
| STREET ADDRESS<br>330 N. WABASH AVENUE, 22ND FLOOR |
| CITY/STATE/ZIP<br>CHICAGO, IL 60611-3607 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6195827 | TELEPHONE NUMBER<br>312-840-7012 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐ |