# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: |
|---|---|
| RAMON ALVARADO, et al., Plaintiffs<br>v.<br>CORPORATE CLEANING SERVICE, INC. and<br>NEAL ZUCKER, individually, Defendants | 07 C 6361 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Corporate Cleaning Service, Inc. and Neal Zucker, individually

| |
|---|
| NAME (Type or print)<br>Ira M. Levin |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Ira M. Levin |
| FIRM<br>Burke, Warren, MacKay & Serritella, P.C. |
| STREET ADDRESS<br>330 N. Wabash Avenue, 22nd Floor |
| CITY/STATE/ZIP<br>Chicago, IL 60611-3607 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6192178 | TELEPHONE NUMBER<br>(312) 840-7000 |
|---|---|

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐