IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RAMON ALVARADO, JAVIER ALVARADO, RICARDO ALVARADO, JAIME BANUELOS, ARTURO BANUELOS, RUBEN BANUELOS, IGNACIO JAVIAN, JOSE LARIOS, PEDRO CASTRO, ABEL CASTRO, TAURINO GUZMAN, HENRY MARTINEZ, LUCIO POLANCO, SERGIO POLANCO, JUAN POLANCO, FERNANDO CASTRO, HORACIO CASTRO, ERICK RAMIREZ, JOSE VALDEZ, ANTONIO GUZMAN, and FRANCISCO GUZMAN,<br><br>Plaintiffs,<br><br>v.<br><br>CORPORATE CLEANING SERVICE, INC., and NEAL ZUCKER, individually,<br><br>Defendants. | Case No. 07 C 6361<br><br>Judge Dow<br><br>Magistrate Judge Nolan |

## NOTICE OF FILING

TO:  Ira M. Levin
     Martin K. LaPointe
     Christina Y. Nelson
     Burke, Warren, MacKay & Serritella, P.C.
     330 North Wabash Ave., 22nd Floor, IBM Plaza
     Chicago, IL 60611-3607

**PLEASE TAKE NOTICE** that on January 3, 2008 we filed with the Clerk of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, **Joint Initial Status Report**, a copy of which is attached hereto and is hereby served upon you.

Dated: January 3, 2008

Respectfully submitted,

s/Douglas M. Werman
DOUGLAS M. WERMAN(#6204740)
MAUREEN A. BANTZ (#6289000)
Werman Law Office, P.C.
77 W. Washington, Suite 1402
Chicago, Illinois 60602
312-419-1008
Attorneys for Plaintiff