IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RAMON ALVARADO, JAVIER ALVARADO, RICARDO ALVARADO, JAIME BANUELOS, ARTURO BANUELOS, RUBEN BANUELOS, IGNACIO JAVIAN, JOSE LARIOS, PEDRO CASTRO, ABEL CASTRO, TAURINO GUZMAN, HENRY MARTINEZ, LUCIO POLANCO, SERGIO POLANCO, JUAN POLANCO, FERNANDO CASTRO, HORACIO CASTRO, ERICK RAMIREZ, JOSE VALDEZ, ANTONIO GUZMAN, FRANCISCO GUZMAN, CARLOS BANUELOS, FELIPE BERUMEN, and JOSE GARCIA,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CORPORATE CLEANING SERVICE, INC., and NEAL ZUCKER, individually,<br><br>　　　　　Defendants. | Case No. 07 C 6361<br><br>Judge Dow<br><br>Magistrate Judge Nolan |

## NOTICE OF FILING

TO: Ira M. Levin
　　Martin K. LaPointe
　　Christina Y. Nelson
　　Burke, Warren, MacKay & Serritella, P.C.
　　330 North Wabash Ave., 22nd Floor, IBM Plaza
　　Chicago, IL 60611-3607

　　**PLEASE TAKE NOTICE** that on January 21, 2008 we filed with the Clerk of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, **Plaintiffs' First Amended Complaint**, a copy of which is attached hereto and is hereby served upon you.

Dated: January 14, 2008

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　s/Douglas M. Werman
　　　　　　　　　　　　　　　　　　DOUGLAS M. WERMAN(#6204740)
　　　　　　　　　　　　　　　　　　MAUREEN A. BANTZ (#6289000)
　　　　　　　　　　　　　　　　　　Werman Law Office, P.C.
　　　　　　　　　　　　　　　　　　77 W. Washington, Suite 1402
　　　　　　　　　　　　　　　　　　Chicago, Illinois 60602
　　　　　　　　　　　　　　　　　　312-419-1008
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs