IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RAMON ALVARADO, JAVIER ALVARADO, RICARDO ALVARADO, JAIME BANUELOS, ARTURO BANUELOS, RUBEN BANUELOS, IGNACIO JAVIAN, JOSE LARIOS, PEDRO CASTRO, ABEL CASTRO, TAURINO GUZMAN, HENRY MARTINEZ, LUCIO POLANCO, SERGIO POLANCO, JUAN POLANCO, FERNANDO CASTRO, HORACIO CASTRO, ERICK RAMIREZ, JOSE VALDEZ, ANTONIO GUZMAN, FRANCISCO GUZMAN, CARLOS BANUELOS, FELIPE BERUMEN, and JOSE GARCIA<br><br>Plaintiffs,<br>v.<br>CORPORATE CLEANING SERVICE, INC., and NEAL ZUCKER, individually,<br><br>Defendants. | No. 07 C 6361<br><br>Judge Robert M. Dow |

## JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER

Pursuant to Federal Rules of Civil Procedure 26(c), Plaintiffs and Defendants Corporate Cleaning Service, Inc. and Neal Zucker, individually, by their undersigned attorneys, respectfully submit this Joint Motion for Entry of Stipulated Protective Order. The parties have determined that a number of document requests and interrogatories propounded in this matter call for the production of information that may contain confidential or proprietary information in the possession of the Plaintiffs or Defendants. In order to protect the parties' confidential information and facilitate discovery in this matter, the parties have agreed on the terms of the accompanying proposed protective order.

Accordingly, the parties respectfully request that the Court enter the attached Stipulated Protective Order.

Date: July 18, 2008

Respectfully submitted,                                    Respectfully submitted,

/s/ Maureen A. Bantz                                       /s/ Martin K. LaPointe
Douglas M. Werman                                          Ira M. Levin
Maureen A. Bantz                                           Martin K. LaPointe
Werman Law Office, P.C.                                    Christina Y. Nelson
77 W. Washington, Suite 1402                               Burke, Warren, MacKay & Serritella, P.C.
Chicago, Illinois 60602                                    330 North Wabash Avenue – 22nd Floor
Tel: 312-419-1008                                          Chicago, Illinois 60611
                                                           Tel: 312-840-7050
Attorneys for Plaintiffs
                                                           Attorneys for Defendants

## CERTIFICATE OF SERVICE

      The undersigned, one of the attorneys for Defendants Corporate Cleaning Services, Inc. and Neal Zucker certifies that on July 18, 2008 he caused a copy of the foregoing Joint Motion for Entry of Stipulated Protective Order to be filed with the Clerk of the Northern District of Illinois and served electronically upon:

<u>Counsel for Plaintiffs</u>

Douglas M. Werman

Maureen A. Bantz

77 W. Washington, Suite 1402

Chicago, Illinois 60602

                                                                   /s/ Martin K. LaPointe
                                                                   Martin K. LaPointe