**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| RAMON ALVARADO, JAVIER ALVARADO, RICARDO ALVARADO, JAIME BANUELOS, ARTURO BANUELOS, RUBEN BANUELOS, IGNACIO JAVIAN, JOSE LARIOS, PEDRO CASTRO, ABEL CASTRO, TAURINO GUZMAN, HENRY MARTINEZ, LUCIO POLANCO, SERGIO POLANCO, JUAN   POLANCO, FERNANDO CASTRO, HORACIO CASTRO, ERICK RAMIREZ, JOSE VALDEZ, ANTONIO GUZMAN, FRANCISCO GUZMAN, CARLOS BANUELOS, FELIPE BERUMEN, and JOSE GARCIA | ) ) ) ) ) ) ) ) ) ) ) ) ) No. 07 C 6361<br><br>Judge Robert M. Dow |

Plaintiffs,

    v.

CORPORATE CLEANING SERVICE, INC., and NEAL ZUCKER, individually,

Defendants.

## NOTICE OF MOTIONS

To:    Service List

PLEASE TAKE NOTICE that on the 24th day of July, 2008 at 9:15 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Robert M. Dow, Jr. in Room 1919, United States Courthouse, at 219 South Dearborn Street, Chicago, Illinois, or before any other judge that may be sitting in his place and stead, and then and there present (1) Defendants' Unopposed Motion to Vacate, Extend, or Bifurcate the Discovery Deadline; and (2) Joint Motion for Entry of Stipulated Protective Order, copies of which have been filed electronically and are herewith served upon you.

Date:  July 18, 2008

Respectfully submitted,

/s/ Martin K. LaPointe
Ira M. Levin
Martin K. LaPointe
Christina Y. Nelson
Burke, Warren, MacKay & Serritella, P.C.
330 North Wabash Avenue – 22nd Floor
Chicago, Illinois 60611
Tel: 312-840-7050
Attorneys for Defendants

## CERTIFICATE OF SERVICE

The undersigned, one of the attorneys for Defendants Corporate Cleaning Services, Inc. and Neal Zucker certifies that on July 18, 2008 he caused a copy of the foregoing Notice of Motions to be filed with the Clerk of the Northern District of Illinois and served electronically upon:

Counsel for Plaintiffs

Douglas M. Werman

Maureen A. Bantz

77 W. Washington, Suite 1402

Chicago, Illinois 60602


/s/ Martin K. LaPointe

Martin K. LaPointe