UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Ramon Alvarado, et al.
                              Plaintiff,

v.                                          Case No.: 1:07–cv–06361
                                              Honorable Robert M. Dow Jr.

Corporate Cleaning Service, Inc., et al.
                              Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Monday, July 21, 2008:

      MINUTE entry before the Honorable Robert M. Dow, Jr:The Court has before it Defendants' unopposed motion to vacate, extend, or bifurcate the discovery deadline [20] and the parties' joint motion for entry of stipulated protective order [21]. Both motions are granted. The discovery deadline of 8/29/08 is vacated and discovery will be bifurcated to allow the parties to explore the issue of the "commission exemption." The status date of 7/29/08 is stricken and reset for 9/4/08 at 9:00 am, at which time the Court will inquire as to the status of discovery and Defendants' proposed motion for summary judgment on the issue of the "commission exemption." The Court enters the stipulated protective order and reminds that parties that they must comply with Local Rules 5.8 and 26.2 if they wish to file any documents under seal. Notice of motion date of 7/24/08 is stricken and no appearances are necessary on that date.Mailed notice(tbk, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.