IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RAMON ALVARADO, JAVIER ALVARADO, RICARDO ALVARADO, JAIME BANUELOS, ARTURO BANUELOS, RUBEN BANUELOS, IGNACIO JAVIAN, JOSE LARIOS, PEDRO CASTRO, ABEL CASTRO, TAURINO GUZMAN, HENRY MARTINEZ, LUCIO POLANCO, SERGIO POLANCO, JUAN POLANCO, FERNANDO CASTRO, HORACIO CASTRO, ERICK RAMIREZ, JOSE VALDEZ, ANTONIO GUZMAN, FRANCISCO GUZMAN, CARLOS BANUELOS, FELIPE BERUMEN, and JOSE GARCIA,<br><br>Plaintiffs,<br><br>v.<br><br>CORPORATE CLEANING SERVICE, INC., and NEAL ZUCKER, individually,<br><br>Defendants. | Case No. 07 C 6361<br><br>Judge Dow<br><br>Magistrate Judge Nolan |

## NOTICE OF MOTION

TO: Ira M. Levin
Martin K. LaPointe
Christina Y. Nelson
Burke, Warren, MacKay & Serritella, P.C.
330 North Wabash Ave., 22nd Floor, IBM Plaza
Chicago, IL 60611-3607

PLEASE TAKE NOTICE that on September 4, 2008, at 9:15 a.m., we shall appear before Judge Dow, in the Courtroom usually occupied by him in the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present **Plaintiffs' Motion to Compel Defendants to Completely Answer Plaintiffs' First Request for Production of Documents**, a copy of which is attached hereto and is hereby served upon you.

Dated: August 28, 2008

Respectfully submitted,

s/Douglas M. Werman
DOUGLAS M. WERMAN(#6204740)
MAUREEN A. BANTZ (#6289000)
Werman Law Office, P.C.
77 W. Washington, Suite 1402
Chicago, Illinois 60602
312/419-1008
Attorneys for Plaintiffs