UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
Eastern Division

Ramon Alvarado, et al.
                                                                                             Plaintiff,

v.                                                                                                 Case No.: 1:07−cv−06361
                                                                                                Honorable Robert M. Dow Jr.

Corporate Cleaning Service, Inc., et al.
                                                                            Defendant.

## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE

     Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Nan R. Nolan for the purpose of holding proceedings related to: motion to compel,, [25].(tbk, )Mailed notice.

Dated: September 2, 2008

                                                                                                          /s/ Robert M. Dow Jr.

                                                                                                       United States District Judge