## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
## Eastern Division

Ramon Alvarado, et al.

                                    Plaintiff,

v.                                                                  Case No.: 1:07–cv–06361
                                                                   Honorable Robert M. Dow Jr.

Corporate Cleaning Service, Inc., et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 2, 2008:

      MINUTE entry before the Honorable Robert M. Dow, Jr:Plaintiff's motion to compel [25] having been referred to Magistrate Judge Nolan, the notice of motion date of 9/4/08 before Judge Dow is stricken.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.