# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

Ramon Alvarado, et al.

                                              Plaintiff,

v.                                                            Case No.: 1:07–cv–06361
                                                                   Honorable Robert M. Dow Jr.

Corporate Cleaning Service, Inc., et al.

                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 4, 2008:

       MINUTE entry before the Honorable Nan R. Nolan:Motion hearing held. Plaintiff's Motion to Compel [25] shall be briefed as follows: response to be filed by 09/15/08, reply brief is due by 09/22/08. Ruling is set for 10/08/08 at 9:00 a.m.Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.