# EXHIBIT A

**REDACTED**

383528.1