# EXHIBIT B

### REDACTED

383528.1