# EXHIBIT E

**REDACTED**

383528.1