IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RAMON ALVARADO, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 07 C 6361 |
| v. | ) | |
| | ) | Judge Chang |
| CORPORATE CLEANING SERVICE, INC., | ) | |
| NEAL ZUCKER, individually, and CHARLES | ) | |
| ADKINS, individually, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF DISMISSAL OF COUNT III OF PLAINTIFFS' SECOND AMENDED COMPLAINT, *ONLY*

Plaintiffs, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismiss Count III of Plaintiffs' Second Amended Complaint, *only*, in this civil action.

Respectfully submitted,

April 22, 2010

s/Douglas M. Werman
One of the Attorneys for Plaintiffs

Douglas M. Werman—dwerman@flsalaw.com
Maureen A. Bantz—mbantz@flsalaw.com
David E. Stevens—dstevens@flsalaw.com
Werman Law Office, P.C.
77 West Washington Street, Suite 1402
Chicago, Illinois 60602
312/419-1008