# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| Plaintiff(s) | Case No. |
| v. |  |
| Defendant(s) |  |

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

    in favor of plaintiff(s)

    and against defendant(s)

    in the amount of $            ,

        which includes pre–judgment interest.

        does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

    in favor of defendant(s)

    and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

---

    other:

---

This action was *(check one)*:

    tried by a jury with Judge            presiding, and the jury has rendered a verdict.

    tried by Judge            without a jury and the above decision was reached.

    decided by Judge            a motion

Date:                                                                Thomas G. Bruton, Clerk of Court

                                                                     /s/_____,Deputy Clerk