UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RAMON ALVARADO, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | No. 07 C 06361 |
| | ) | |
| v. | ) | |
| | ) | Judge Edmond E. Chang |
| CORPORATE CLEANING SERVICE, INC., | ) | |
| NEAL ZUCKER, and CHARLES ADKINS, | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

This Order resolves the bill of costs owed to the defendants, who prevailed on their commission defense in this Fair Labor Standards Act case. Plaintiffs do not dispute the taxing of the following costs:

    $8,079.75 for transcript fees
    $1,818.10 for copying costs
    <u>$   872.00</u> for translation fees.
    $10,769.85 undisputed

In addition to the undisputed amount, Plaintiffs dispute the $7,000 sought by Defendants to pay Trial Graphix for its services in preparing and presenting demonstrative exhibits. There are two problems with this request: first, Defendants' initial motion provided only a generalized invoice that was insufficiently specific to allow costs, with the bulk of the invoice attributed only to "graphic development" and "design consultant." After Plaintiffs objected, Defendants provided a more detailed invoice, but it is up to the seeker of costs to provide enough detail the first-time around, so that the costs litigation does not itself require multiple rounds of briefing. Second, the demonstrative exhibits were not reasonably necessary to the bench trial. Unlike a jury trial, at a bench trial the parties are less likely to need demonstrative exhibits with the bells and whistles that Defendants used. And at *this* bench trial, which came after summary-judgment briefing, there was no need to dress-up the presentation in the way that Defendants did. The $7,000 is disallowed.

Defendants also seek reimbursement of certain service-of-process costs. This amount again was not detailed in Defendants' presentation, but this time by inference Plaintiffs could figure-out to whom the subpoenas were directed. The problem with these costs, however, is that the Court quashed the subpoenas, see the detailed statement in R. 191, for multiple reasons, including relevance and late disclosure of expert testimony. The costs are disallowed.

Costs are awarded to Defendants in the amount of $10,769.85.

ENTERED:


　　　　　s/Edmond E. Chang　　　
Honorable Edmond E. Chang
United States District Judge

DATE: July 6, 2014